**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-6029**

─────────────

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

MARCUS ROBERT WILLIAMS,

    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:07-cr-00259-FL-2)

─────────────

Submitted:  April 10, 2025         Decided:  April 15, 2025

─────────────

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Marcus Robert Williams, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Robert Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we deny Williams's motion to appoint counsel and we affirm the district court's order. *United States v. Faison*, No. 5:07-cr-00259-FL-2 (E.D.N.C., Dec. 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
